(Reap. Dec. 9461)

THE AMERICAN INTERNATIONAL PRODUCTS CORPORATION
*v.* UNITED STATES

Entry Nos. 812473; 799862.

(Decided June 15, 1959)

*John D. Rode* for the plaintiff.
*George Cochran Doub*, Assistant Attorney General, for the defendant.

WILSON, Judge: These appeals for reappraisement have been submitted for decision upon the following stipulation entered into between counsel for the respective parties:

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the plaintiff and the Assistant Attorney General for the United States, subject to the approval of the Court, that the merchandise the subject of the above entitled appeals to reappraisement is properly dutiable on the basis of American Selling Price as defined in Section 402(g) Tariff Act of 1930 as amended and that the said American Selling Price was as follows for the export periods indicated.

| Item | Export period | Price |
|------|---------------|-------|
| PAS acid | 1958 | $3.40 per lb. less 1% net packed |

IT IS FURTHER STIPULATED AND AGREED that the appeals be deemed submitted for decision on this stipulation.

On the agreed facts, I find and hold American selling price, as that value is defined in section 402(g) of the Tariff Act of 1930, as amended by section 8 of the Customs Administrative Act of 1938, to be the proper basis for the determination of the value of the merchandise herein involved and that such value, at the time of exportation, was $3.40 per pound, less 1 per centum net packed.

Judgment will be rendered accordingly.